IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:07CR195-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| JESUS BALDERAS, | ) |
| | ) |

**FOR GOOD CAUSE SHOWN**, and on Motion for Admittance *Pro Hac Vice* (Document #34) filed October 1, 2007, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Heriberto 'Eddie' Medrano in Harlingen, Texas be admitted to practice *pro hac vice* before this Court in order to represent, Defendant, Jesus Balderas in the above-captioned case.

**SO ORDERED.**

Signed: October 3, 2007

David C. Keesler
United States Magistrate Judge